FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 26 2024

JEFFREY P. COLWELL
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. ~~Freddy Slack~~
(To be supplied by the court)

FReddy Slack, Applicant,

v. CHief JR Hall Chief RANdi Moore STepHEN Holmes DARIC Harvey DAvis Talley

DAVIS TAlley DiARIC Harvey STepHEN Holmes, Respondent,
(Name of warden, superintendent, jailer, or other custodian)
Chief JR Hall Chief RANdi MOORe

and

The Attorney General of the State of: CoLORAdo, Additional Respondent.

(*Note: If you are attacking a judgment that imposed a sentence to be served in the future, you must fill in the name of the state where the judgment was entered. If you are attacking the execution of your sentence and not the validity of a state conviction or sentence, you must file an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. If you are attacking the validity of a judgment entered in a federal court, you must file a motion pursuant to 28 U.S.C. § 2255 in the federal court that entered the judgment.*)

---

**APPLICATION FOR A WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2254**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A. APPLICANT INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Freddy Slack 124715

(Applicant's name, prisoner identification number, and complete mailing address)

SAN Carlos P.O. #3 Pueblo Co 81003

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_✓_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) PROTECTED LIBERTY INTEREST Parole Release ATYPICAL and SIGNIFICANT Hardship

## B. RESPONDENT(S) INFORMATION

Parole Board DAVIS TAlley DARC Harvey
Chief JR Hall Chief RANdi moore STephen Holmes

(Respondent's name and complete mailing address)

1600 W. 24TH ST. Building #54 Pueblo Colo 81003

## C. CONVICTION UNDER ATTACK

Name of the court that entered the judgment of conviction: RAPE Parole Board Repeadly Denied Boulder NOT Conviction

Date the conviction was entered: Sept-16-2004 Cover Up

Case number: 03CR897 - CHeated

Length and type of sentence: 20 To Life said I Plea Guilt TO. Lie

Are you serving any other sentence? ___ Yes _✓_ No (*check one*)

MCCOMAS #10599 CONSPPIRATORIAL NO Good TRIAL Attorney - Tower V. Glover 467 US 914, 81 Led 2d 758, 104, S CT 2820 (1984) Liability

Offense(s) you were convicted of committing: Rape

What was your plea? NOT Guilty

Kind of trial: ✓ Jury ___ Judge only (*check one*)

**D. DIRECT APPEAL**

Did you file a direct appeal? ✓ Yes ___ No (*check one*)

Name of the court in which the direct appeal was filed: Colorado Courts of Appeal

Date and result of direct appeal: OCT-25-2007 05CA0324 Cheated

Did you seek review in the state's highest court on direct appeal? ✓ Yes ___ No (*check one*)

Date and result of review in the state's highest court: AFFIRmed

If you did not file a direct appeal, explain why: MY NO Good Attorny MR Heller #16891 He Never us INSUNfficat of Evidence Negative DNA Test #D03-1797 Sept-24-2003 Negative Sex Kit #24144 7

**E. POSTCONVICTION PROCEEDINGS**

Have you initiated any other postconviction proceedings in any state court with respect to the judgment under attack? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have initiated more than one postconviction proceeding, use additional paper to provide the requested information for each prior proceeding. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. POSTCONVICTION PROCEEDINGS."*

Name and location of court: 35C Boulder Courts

Type of proceeding: 35C would NOT Let me Appeal DeNied 35C wHy NO Copy Sent OCT-2011

DIS BARR McComb's #10599
ms Forouzandeh #19231
Andrew Heller #16891
ABA Sam. 6:11
SAm. 4:41(B)(C)
4:42(A)(b)

8.4(H) CRC P251.15(b) 251.21(D) ARBITRaily Judge
8.4(b) 8.4(E) 63ALR Fed 744
1.3 RPC 1.4 44ALR Fed 547
6 ALR 4TH 3C ALR Fed 544

Date filed: ~~OCT-2011~~ Sept-23-2011

Date and result: OCT-2011 Denied Cheated

Did you appeal? ___ Yes _✓_ No (*check one*)

Date and result on appeal: Boulder would NOT send me a copy of Denied 35C so I could Appeal

Did you seek review in the state's highest court? _✓_ Yes ___ No (*check one*)

Date and result: 07SC1035 Denied - Cheated

Denied without Prejudice PROSE - CV-09-00462 - WHY?

**F. STATEMENT OF CLAIMS** 2023 #VN815726, 2024 #23349 - Cheated.

*State clearly and concisely every claim you are asserting in this action. For each claim, specify the right that allegedly has been violated and all facts that support your claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "F. STATEMENT OF CLAIMS."* Parole Tape Recording of Each Parole Hearing GLUMB V. HONSTED 891 F.2d 872 (11th Cir 1990) 2020 #VN816536 - Cheated 2021 Did NOT Let me - Cheated 2022 VN818747 - Cheated

*WARNING: If you fail to assert all of your claims in this application, you may be barred from presenting additional claims at a later date.*

CLAIM ONE: Parole Denied Repeatedly 7 years in A Row.

Supporting facts: I HAVE NEVER BEEN TO PRISON Before until I WAS 41 years. I will send Attachment From Each PAROLE Hearing And Documents of Lie That Parole Board HAS Said And Cases Like FERNANDEZ V. US 941 F.2d 1488 (11th cir 1991) HADJUK V. US 764 F.2d 795, 796 (11th Cir 1985) For PROOF of Repeated Denied I will Like Parole TAPE Request of Each Denied PAROLE Hearing 2024 #23349, 2023 #VN815726, 2022 #VN818747 2021 # Deferr me but Would NOT Let me Have a Record Parole Hearing. Covid-19 They Let other INMATE out of PRISON who Have NOT Taken SOTMP But would NOT #2020 #VN816536

## G. EXHAUSTION OF STATE REMEDIES

*WARNING: You must exhaust available state remedies before filing a habeas corpus action in federal court pursuant to 28 U.S.C. § 2254. Your case may be dismissed if you have not exhausted available state remedies.* Parole Board will NOT send me Appeals Form For Parole Denied wtg I written 5 Letters 2024 # 23349

Did you fairly present each claim asserted in this action to the state's highest court? ✓ Yes ___ No (*check one*)

If you answered "No," please identify which claim(s) have not been fairly presented to the state's highest court and explain why: THIS IS MY FIRST TIME CLAIM FOR PAROLE DENIED Repeatedly. FERNANDEZ V. US 941 F2d 1488 (11TH CIR 1991) HADJUK V. US 764 F. 2d 795, 796 (11TH CIR 1985) 7 years in a Row Parole Denied 5 Times 2024 Parole Board Hearing # 23349, 2023 # VN815726 2022 # VN818747 2021 # Defense did not Have wtg? 2020 # VN816536

## H. PRIOR FEDERAL ACTIONS

Have you filed any prior actions in any federal court challenging the same conviction or sentence under attack in this action? ✓ Yes ✓ No (*check one*). Never Parole Board AFTER 22 years IN PRISON what Do I Have TO GAIN From Lying. NOTHing.

If the instant action is a second or successive application, have you obtained authorization from the United States Court of Appeals for the Tenth Circuit for this court to consider the application? ___ Yes ___ No (*check one*).

*Complete this section of the form if you have filed a prior federal action challenging the same conviction or sentence under attack in this action. If you have initiated more than one prior action, use additional paper to provide the requested information for each prior action. Please indicate that additional paper is attached and label the additional pages regarding prior actions as "H. PRIOR FEDERAL ACTIONS."*

Name and location of court: US DISTRICT Court colorado

Case number: 09-CV-00462 BNB

Type of proceeding: INsufficent of Evidence

Claim(s) raised: INsufficent of Evidence Speedy Trial Violation

Date and result: (attach a copy if available) PRO Se AUG-2009

Result on appeal, if appealed: Denied PROSe 09-cv-01312 Dec-15-2009 Dismis without PReJudice

## I. TIMELINESS OF APPLICATION

*If the judgment of conviction or the sentence under attack became final more than one year prior to the commencement of this action, explain why the application is not barred by the one-year limitation period in 28 U.S.C. § 2244(d). If additional space is needed, use extra paper to explain your answer. Please indicate that additional paper is attached and label the additional pages regarding timeliness as "I. TIMELINESS OF APPLICATION."* NO Never Done Parole Board Repeatedly Denied NO Reason To Denied me 2024 They Just made up stuff I already Did Like SOTMP Dec-26-2023, Anger management 2010 5 College class. Hope Home Approve 719-210-4997 April

## J. REQUEST FOR RELIEF

MaTel Approve-719-465-7550 all 2024.

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "J. REQUEST FOR RELIEF."* To Be Release From Prison 22 years my First Time in Prison Parole Denied 7 years in a Row 5 Times Deferr Community Correction Approve 2020 MR Mauro 720-913-8252 But my Case manager Forget To Send Twice See The Trick,

## K. APPLICANT'S SIGNATURE

Major Butcher Told him MR Marlar at Limon Prison

I declare under penalty of perjury that I am the applicant in this action, that I have read this application, and that the information in this application is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621. I Am NOT Homeless - Public Risk

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this application: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the application otherwise complies with the requirements of Rule 11.

Freddy Slack
(Applicant's signature)

Why would I Lie after 22 years in Prison I have Nothing To Gain

Nov-11-2024
(Date)

(Form Revised December 2017)

F. STATEMENT

BOTH sides Keep

# ODVSOM

Office of Domestic Violence and Sex Offender Management
700 Kipling Suite 3000
Lakewood CO 80215
303.239.4442

#10

Proof SUBPEONA Him FIRST

August 5, 2022

Mr. Freddy Slack – #124715
Buena Vista Correctional Facility
15125 US 24, Box 2017
Buena Vista, CO 81211

Dear Mr. Slack:

This is in response to your letter dated March 18, 2022. We are sorry for the delay in responding to your request.

Please note that the SOMB does not have purview over the Department of Corrections, the Probation Department, or the Judicial system in the State of Colorado. While we feel you have been wronged by both the Department of Corrections and the entire Judicial System, the SOMB does not have control over their process and policy.

If you have a complaint specific to your SOTMP treatment provider, we can help you with that. Enclosed is the complaint process that needs to be followed.

If you have any questions or require any additional information, please do not hesitate to contact our office at 303-239-4199.

Sincerely,

SOMB Chief Chris-Lo Banov-Rostoisky

Sex Offender Management Board Staff

OTHER IN His office will Lie

J.D. Cover up for All of Colorado Remember This

[illegible]

SOMB
Sex Offense Management Board

Police

Statement

# NOTICE OF COLORADO PAROLE BOARD ACTION - DEFER

| Full Board Review | Amend | DOC# 124715 | Date 08/26/2020 | Tape No. VN816536 |
|---|---|---|---|---|
| | | Location DRDC | Sent Type SXO LIFETIME | |

Name SLACK, FREDDIE

| EST PED | MRD | EST SDD |
|---|---|---|
| 10/17/2020 | | 06/01/8888 |

| OFFENSE | CLS | GOV | COUNTY | CASE # | SENTENCE | TYPE | SVP |
|---|---|---|---|---|---|---|---|
| 1 SXASISTATRSK | 2 | | BOULDER | 03CR897 | MIN: 20-00-00 MAX: 00-00-00 | IN | N |
| 2. SXASISTATRSK | 2 | B | BOULDER | 03CR897 | MIN: 20-00-00 MAX: 00-00-00 | IN | N |

☑ DEFER: Date 08/2021
☑ OTHER: Not in treatment and very far down on the GRL. LSA.

Hearing Non-Appearance:

**Defer Reasons: RISK RELATED**

Risk Assessment
☑ LSI-R: (dated 01/24/2005) score 32 HIGH
☑ STATIC99: NO SCORE FOUND
NOT DEVIANT

Risk Considerations
☑ Public risk (Concerns for public safety)
☑ Sexual Violence

**Defer Reasons: READINESS RELATED**

Program Considerations
☑ Untreated Criminogenic Needs Insufficient Tx Dosage

Parole Plan Considerations
☑ Homeless Parole Plan

State Parole Board Signatures

The undersigned hereby certify that all, but not limited to, parole guidelines set forth in CRS 17-22.5-404(2),(3), and (4) were taken in to consideration as per statute. [The 2nd and or additional signatures, if not actually present at the hearing, are signed indicating they reviewed the action, pursuant to CRS 17-2-201(9)(a)(I)]

| | |
|---|---|
| 1) DARIC HARVEY | 5) |
| 2) MICHELLE GENG | 6) |
| 3) | 7) |
| 4) | |

Distribution: ☑ Parole Board ☑ D.O.C. Records ☑ Time Comp ☑ Working File ☐ Inmate

I said ANN Bell Name. She 27561. She got mad the day before $10 of crack. I still do not get out of prison. I have neg. DNA test, negative sex kit test. All antique made all witness said 2005 not at the rape. So tape said Mr. Nicolson Fremont told me to say bad morals rape, not $10 crack.

Tape would not lie. Prison would not lie. Crime did not happen.

On tape I said my accuser Ann Bell said sex was call rape on May 22-2003 we did not have sex. May 22-2003 day before she did oral on, she got mad I did not pay her $10 of crack we had no sex the day she said I raped her. Bad morals rape I said. I wrote letter to Ms. Michelle Geng and Daric Harvey Parole Board both say this. So do not let them trick this. The sex was consensual the day before on transcript Detective Ms. Hann. I did not break the law by the letter of the law with bad morals, also I share crack saying rape bad morals. May 22-2003, she still got mad, that with her May 22-2003, $10 by it self. My DNA and I did not pay her $10, sex kit all negative to back up no sex the day she said I raped her. 17 years in prison I want to get out had to say this I rape her.

F. STATEMENT

# NOTICE OF COLORADO PAROLE BOARD ACTION - DEFER

| ☐ Full Board Review | ☐ Amend | DOC# **124715** | Date **08/23/2022** | Tape No. **VN818747** |
|---|---|---|---|---|
| | | Location **BUENAVISTA** | Sent Type **SXO LIFETIME** | |

Name **SLACK, FREDDIE L**

| EST PED | MRD | SDD |
|---|---|---|
| **07/17/2020** | **01/20/9999** | |

| OFFENSE | CLS | GOV | COUNTY | CASE # | SENTENCE | TYPE | SVP |
|---|---|---|---|---|---|---|---|
| 1. SXAS1STATRSK | 2 | | BOULDER | 03CR897 | MIN: 20-00-00 MAX: 00-00-00 | IN | N |
| 2. SXAS1STATRSK | 2 | B | BOULDER | 03CR897 | MIN: 20-00-00 MAX: 00-00-00 | IN | N |

☑ DEFER: **Date 08/2023** GRL LSA List cover up.

**Hearing Non-Appearance:**

**Defer Reasons: RISK RELATED**

**Risk Assessment**
☑ CARAS: (dated **07/08/2022**) score **132** **LOW**
☑ LSI-R: **(dated 01/24/2005) score 32** **HIGH**
☑ RT: **(dated 9/21/2021) score 12 Moderate**

**Risk Considerations**
☑ Public risk (Concerns for public safety)
☑ Severity/Circumstances of offense

**Defer Reasons: READINESS RELATED**

**Program Considerations**
☑ Untreated Criminogenic Needs/Insufficient Tx Dosage

**Parole Plan Considerations** Why not let me do them?? See the tricks

**State Parole Board Signatures**

The undersigned hereby certify that all, but not limited to, parole guidelines set forth in CRS 17-22.5-404(2),(3), and (4) were taken in to consideration as per statute. [The 2nd and/or additional signatures, if not actually present at the hearing, are signed indicating they 'reviewed' the action, pursuant to CRS 17-2-201(9)(a)(I)]

| | |
|---|---|
| 1) DARIC HARVEY | 5) |
| 2) DAVIS TALLEY | 6) |
| 3) | 7) |
| 4) | |

**Distribution:** ☑ Parole Board ☑ D.O.C. Records ☑ Time Comp ☑ Working File ☐ Inmate

Will not say what number I am on GRL in LSA List see cover up.

F. STATEMENT O. (O)

# NOTICE OF COLORADO PAROLE BOARD ACTION - DEFER

| ☐ Full Board Review | ☐ Amend | DOC# 124715 | Date 08/21/2023 | Tape No. VN815726 |
|---|---|---|---|---|
| | | Location BENT CNTY | Sent Type SXO LIFETIME | |

Name **SLACK, FREDDIE**

| EST PED | MRD | EST SDD |
|---|---|---|
| 06/17/2020 | | 01/20/9999 |

| OFFENSE | CLS | GOV | COUNTY | CASE # | SENTENCE | TYPE | SVP |
|---|---|---|---|---|---|---|---|
| 1. SXAS1STATRSK | 2 | | BOULDER | 03CR897 | MIN: 20-00-00 MAX: 00-00-00 | IN | N |
| 2. SXAS1STATRSK | 2 | B | BOULDER | 03CR897 | MIN: 20-00-00 MAX: 00-00-00 | IN | N |

☑ DEFER: **Date 08/2024**
☑ OTHER: **Progress in offense specific treatment when eligible, work to develop release plan.**

**Hearing Non-Appearance:**

**Defer Reasons: RISK RELATED**

**Risk Assessment**
☑ CARAS: (dated **06/13/2023**) score **137** **MEDIUM**
☑ LSI-R: **(dated 01/24/2005) score 32** **HIGH**
☑ RT: **(dated 11/9/2022) score 5 Low**

**Risk Considerations**
☑ Public risk (Concerns for public safety)
☑ Sexual Violence

**Defer Reasons: READINESS RELATED**

**Program Considerations**
☑ Offender awaiting program
☑ Untreated Criminogenic Needs/Insufficient Tx Dosage

**Parole Plan Considerations**
☑ Homeless Parole Plan — Lie
☑ Lack of Community Support

**State Parole Board Signatures**

The undersigned hereby certify that all, but not limited to, parole guidelines set forth in CRS 17-22.5-404(2),(3), and (4) were taken in to consideration as per statute. [The 2nd and/or additional signatures, if not actually present at the hearing, are signed indicating they 'reviewed' the action, pursuant to CRS 17-2-201(9)(a)(I)]

| | |
|---|---|
| 1) STEPHEN HOLMES | 5) |
| 2) MICHELLE GENG | 6) |
| 3) | 7) |
| 4) | |

Distribution: ☑ Parole Board ☑ D.O.C. Records ☑ Time Comp ☑ Working File ☐ Inmate

Negative Sex Kit
Negative DNA Test
605 days in Boulder Jail
Two Preliminary done 2003 Sept.
2004 Aug.

offender Record / CM Mueller (
254 description NOT mine)

F. Statement

# NOTICE OF COLORADO PAROLE BOARD ACTION - DEFER

☐ Full Board Review ☐ Amend

DOC# **124715** | Date **08/12/2024** | Tape No. **23349**

Location **CROWLEY** | Sent Type **SXO LIFETIME**

Name **SLACK, FREDDIE**

EST PED **06/17/2020** MRD EST SDD **01/20/9999**

| OFFENSE | CLS | GOV | COUNTY | CASE # | SENTENCE | TYPE | SVP |
|---|---|---|---|---|---|---|---|
| 1. SXAS1STATRSK | 2 | | BOULDER | 03CR897 | MIN: 20-00-00 MAX: 00-00-00 | IN | N |
| 2. SXAS1STATRSK | 2 | B | BOULDER | 03CR897 | MIN: 20-00-00 MAX: 00-00-00 | IN | N |

☑ DEFER: **Date 02/2026**

☑ OTHER: **ADDRESS CRIMINOGENIC RISK & NEEDS THROUGH PROGRAMMING. COMPLETE ANGER MANAGEMENT, VICTIM EMPATHY, 7HABITS (OR SIMILAR) & WORK WITH MENTAL HEALTH.**

**Hearing Non-Appearance:** Why Not covid-19 is over!

**Defer Reasons: RISK RELATED**

**Risk Assessment**
☑ CARAS: (dated **06/13/2023**) score **137 MEDIUM**
☑ LSI-R: **(dated 01/24/2005) score 32 HIGH**
☑ RT: **(dated 11/1/2023) score 10 Moderate**

**Risk Considerations**
☑ Institutional conduct infractions (COPDs)
☑ COPD Violation
☑ Public risk (Concerns for public safety)
☑ Severity/Circumstances of offense
☑ Prior criminal history
☑ Sexual Violence

**Defer Reasons: READINESS RELATED**

**Program Considerations**
☑ Inadequate program participation/progress
☑ Untreated Criminogenic Needs/Insufficient Tx Dosage

**Parole Plan Considerations**
☑ Inadequate Parole Plan
☑ Homeless Parole Plan

Mr Mendoza case manager at AVCF move me April-2024 when He knew That Kyle Jones will start New SOTMP class so I could get into To get out of prison Parole Denied Aug-12-24

**State Parole Board Signatures**

The undersigned hereby certify that all, but not limited to, parole guidelines set forth in CRS 17-22.5-404(2),(3), and (4) were taken in to consideration as per statute. [The 2nd and/or additional signatures, if not actually present at the hearing, are signed indicating they 'reviewed' the action, pursuant to CRS 17-2-201(9)(a)(I)] See The Tricks

1) CATHERINE RODRIGUEZ — On Tape she
2) STEPHEN HOLMES — He did NOT Give
3) Her my Parole PLAN why NOT
4) Tape PROVES IT all Lie
5) said she did NOT get my Parole
6) Packet PLAN 60 pages This is
7) a Lie Items sent To my Last
Parole Hearing Mr Holmes also

218164 AUG-2024 **Distribution:** ☑ Parole Board ☑ D.O.C. Records ☑ Time Comp ☑ Working File ☐ Inmate

at Crowley my case manager ms Monett said she sent it in my File - E-mail Parole Release ms L. Rodriguez Here sent it also, and after Aug-12-2024 sent another one To JR Hall and [illegible] ms C. Rodriguez and Headquarter Mr Stancil (Black) E-mail proof JR Hall chief.

also Did This one See The Trick! But I Did show my parole Packet Plan in my Hands To Her on The screen. TV video proof For Prison Time and Law suit. If can against These Two qualify Immunity waiver maliciously confinment.

F. STATEMENT

①

**PAROLE PLAN INFORMATION SHEET**

Name: Freddy Slack DOC #: 124715 Month of Hearing: AUG-2024

Please list up to three possible parole sponsors:

1
Sponsor Name: CANdice SALAZAR FRENCH Phone Number: (303) 377-7200
Address: CORE CIVIC DAHLIA HOUSE 4511 E. 46 AVE
City: DENVER State: CO Zip: 80216 County: METRO
Relationship: DIRECTOR Birthdate (To start background check): ______

2
Sponsor Name: NICOLE SANCHEZ Phone Number: (303) 449-2539
Address: Boulder community Treatment Center (BCTC) 1770 21st street
City: Boulder State: CO Zip: 80302 County: Boulder
Relationship: Administration Birthdate (To start background check): ______

3
Sponsor Name: MARY NAKOOKA Phone Number: ______
Address: Rehabilitation Adult Salvation Army 322 Summer St.
City: HONOLULU State: HI Zip: 96817 County: ______
Relationship: Admin Birthdate (To start background check): ______

Are you willing to go to a Condition of Parole (COP) Bed: Yes ✓ No ____

List up to two possible employment opportunities:

1
Company Name: CDL Truck School Phone Number: 303-431-0069 / 303-825-8101
Address: 8150 W. 48 AVE
City: Wheat Ridge State: CO Zip: 80033 County: ______
Contact Person: Admin Type of Work: Truck Driving school

2
Company Name: Belmar-Loaders Phone Number: 303-371-8411
Address: 4700 OAKLAND ST. Suite # 155
City: Denver State: CO Zip: 80202 County: ______
Contact Person: Admin Type of Work: Loading & unloading

3 - CDL HAWAII 808-662-0076 - SCHOOL TRUCKS

Age: 62 Marital Status: SINGLE Number of Children: 0

Current Work/Program Assignment: Flagger - SSI Full Benefits
PTSD payment Incarceration - MRD SRD 303-922-7815

Programs Completed (Use additional pages if necessary):

1. Program Name: Adam State Business Completion Date: May-2015
2. Program Name: Customer Service Completion Date: June-2016
3. Program Name: Custodial Training Completion Date: June - 2016
4. Program Name: Computer Information Completion Date: NOV-2016
5. Program Name: Computer MS Completion Date: Spring 2017

more Housing Harvard House Denver - 303-993-3551
Future & Hope - 303-916-1164
Hope Homes - 719-210-4997 - Marcia Hannah
Connection Prison ministry
P.O. Box 64261
Colo Springs CO 80962

Donnie Mitchell
480-433-3532

CAPRI Motel
3030 E Platte Ave
Colo Springs
719-465-7550

First Statement

3

List up to 5 individuals who will be attending your parole hearing:

1. Name: NA Relationship: ______
   Birthdate: ______ Driver's License Number: ______
2. Name: NA Relationship: ______
   Birthdate: ______ Driver's License Number: ______
3. Name: NA Relationship: ______
   Birthdate: ______ Driver's License Number: ______
4. Name: NA Relationship: ______
   Birthdate: ______ Driver's License Number: ______
5. Name: NA Relationship: ______
   Birthdate: ______ Driver's License Number: ______

What are your plans to succeed on parole?:

To work work as long as I can midnight Truck unloader # 303-371-8411 Waste management I Hope They also give me one chance To prove my self UPS unloader always Treat Any one Right who wants to work.

What goals have you set for yourself?:

all of SOTMP Treatment are very very Important To me it Tells The Truth For The Future, AA I want a 20 year chip For Proof CDL Driver of Trucks is what I Need For short Term goals, class are Attachment

Why do you feel you should be granted parole?:

I Have put my Attachments of my SOTMP CONTRACT Dec-26-2003 with Therapist MR. ENSinger signed Name He Had me signed after I show Him My Negative DNA Test Done Sept-24-2003 # D03-1797 after my Preliminary Sept-11-2003 Done First, ROA show This sex kit Negative # mr 241447, Also with Judge ARCHULETA DAVID AUG-21-2003 – Preliminary Done cover up To do a second one Why????

Please complete this and return to your Case Manager as soon as possible so that your parole plan can be entered prior to your parole hearing. Thank you.

STATEMENT

(2)

AR Form 550-08E (02/15/17)

# Condition of Parole Placement Advisement

I WAS CHARGE 6 COUNTS OF RAPE FIRST PRELIMINARY F2, F2, F2 F3 F3 F4 ALL BEFORE DNA TEST WAS DONE ROA IS PROOF

Name (printed) FREDDY SLACK DOC # 124715 Community Corrections Program 2019 DAHLIA HOUSE APPROVE

Placement in a condition of parole bed is contingent upon a decision by the Colorado State Board of Parole and the willingness of the offender to participate in the program. An offender can be placed in this program when he/she cannot provide an approved parole plan, or, the Colorado State Board of Parole orders placement in lieu of revocation of the offender's parole. Placement in this program is for up to 180 days and can be renewed at the discretion of the Colorado State Board of Parole. As a condition of a placement in a condition of parole bed, you will be: 3 PAROLE HEARING I WAS TOLD TO PUT COPD BED. MS MONETT IS THE ONLY ONE WHO HAS GIVEN ME PAROLE PLAN ADDRESS

1. Subject to the conditions of your Parole Agreement/Order, and any additional conditions and directives consistent with the laws of the State of Colorado. WHY WAS I CHARGE HOMELESS FOR 3 PAROLE HEARING AND PUBLIC SAFETY CHARGED,
2. Responsible to comply with the rules and regulations established by the community corrections program. SEE THE TRICKS 3 YEARS CHARGE THIS,
3. Obligated to pay a portion of the per diem rate: $17.00 daily. CASE MANAGER CLASS ACTION LAWSUIT DUE PROCESS
4. Responsible to pay for all medical and dental expenses. You will be given a medical pass to the community for such medical and dental appointments. If you fail to return from a medical pass, and are participating in the intensive supervision program-parole (ISP-P), you will be charged with escape from custody pursuant to C.R.S. 18-8-208. MS. MONETT THE ONLY GOOD ONE SHE IS A WITNESS.
5. Charged with escape from custody pursuant to C.R.S. 18-8-208 and your assets may be seized per C.R.S. 17-27-104(b) if you walk away from the community corrections program, fail to return from temporary leave or if your whereabouts cannot be confirmed for more than two hours. MR. MAURO APPROVE DAHLIA 2020 - 720-913-8252

I, ______________, ☑ ACCEPT / ☐ DECLINE (check one box) placement in a condition of parole bed. I understand that if I decline this placement, I will be responsible for my own housing and may not receive further housing assistance from the Department of Corrections.

Freddy Slack 124715 July-1-2024

Offender Signature DOC Number Date

Witness Signature Witness Printed Name Date

Attachment E
Page 1 of 1

15 tep F. STATEMENT

AA meeTINGS want 20 years: PRISON CLASS

**PAROLE BOARD HEARING/COMMUNITY REFERRAL INFORMATION FORM** • Adam STATE Buisness. CHIP. AUG-2023

To/ DOC#: 124715 pueblo community college 4

Date: 6-14-2023 720-908-1604

From: Case Manager Sturgeon WORK unloudas GRAVE yard SHIFT. CDL Truck school Day Time. CLASS • CUSTOMER SERVICE

PLEASE RETURN THIS FORM BACK TO YOUR CASE MANAGER ASAP. PRISON GROUP • THINKING FOR CHANGE • COMPUTER • CEIS TOTAL • MIAT • ANGER manage • LIFE SKILLS • SMALL Buisness • ANXIETY GROUP

You are scheduled to meet the parole board in:

Do you expect visitors at the Hearing? No ✓ Yes __ (If Yes, you will need to get a separate form from me to complete.)
Do you wish to waive Your Parole Board Hearing? No ✓ Yes __ (If you wish to waive, you must sign the waiver 45 days prior to the Hearing). If this is your last Parole Board Hearing before your MRD, you can not waive it.
Do you need a Spanish Speaking Interpreter during your Hearing? No ✓ Yes __
Do you have any pending charges or Detainers that you are aware of? No ✓ Yes ✓ If Yes, what county? ______
Are you legally: married ___ divorced ___ single ✓ widowed ___
Do you have any minor children? No ___ Yes ___ How many? ___
Do you have Court Ordered Child Support? No ✓ Yes ___ If Yes, how much are you Ordered to pay monthly? $ 0
Do you have a G.E.D.? ___ or a High School Diploma? ✓
If you do not have a sponsor, would you be willing to parole to a COP bed (community corrections)? No ___ Yes ✓
If released, do you have access to your Birth Certificate? No ✓ Yes ___ Social Security Card? No ___ Yes ___ State ID/DL? No ✓ Yes ___
If Yes to any of these, who currently has possession of them? ALL 3 Need ASSIGNup By STURGEON

**Your sponsor will be contacted prior to plan being submitted to verify if they are willing to sponsor you.**

**Primary Plan (REQUIRED)**

PAROLE SPONSOR'S NAME Rehabilitation Adult Salvation Army
RELATIONSHIP ONLY SPONSORS DOB 0 MARY NAKOOKA
ADDRESS 322 SUMMER ST.
CITY Honolulu COUNTY
STATE HI ZIP 96817 PHONE NUMBER (808) 522-8400
NUMBER OF MINOR CHILDREN LIVING IN RESIDENCE: 0

Why is This my First Parole PlAN MR Harvey Never Ask a word on #VN818747 #VN816536 PROOF IT ALL 3 years Tape. Why did MR. Crawford #23970 class manage NOT Turn This Parole plan I did 2023 Before This one. This is page 2 of Two pages FIRST page only Had sHelTer MR. STurgen SAid Has To Be sponser Inter STATE

**Secondary Plan (REQUIRED)**

PAROLE SPONSOR'S NAME SAND ISLAND TREATMENT CENTER
RELATIONSHIP ONLY SPONSORS DOB 0
ADDRESS 1249 SAND ISLAND Parkway
CITY Honolulu COUNTY
STATE HI ZIP 96819 PHONE NUMBER 808 841-2319
NUMBER OF MINOR CHILDREN LIVING IN RESIDENCE:

**Third Plan (OPTIONAL, but it would be in your best interest)**

PAROLE SPONSOR'S NAME Laurel Cop Bed
RELATIONSHIP ReSource SpeciAList DOB 0
ADDRESS 4869 N. BROADWAY
CITY Boulder COUNTY
STATE CO ZIP 80304 PHONE NUMBER (303) 768-4619
NUMBER OF MINOR CHILDREN LIVING IN RESIDENCE 0

**POSSIBLE EMPLOYMENT PLANS:**

COMPANY OR BUSINESS NAME: Truck Driver School Unloader
TYPE OF BUSINESS: CDL Free Class Flaggen 303-922-7815
ADDRESS: 8150 W. 48 AVE 720-865-8630
CITY WHeat Ridge COUNTY 303-925-8101
STATE Colo ZIP 80033 PHONE NUMBER: (303) 431-0069
CONTACT PERSON: Admin CDL 808 662-0076

IF YOU DO NOT HAVE EMPLOYMENT LINED UP, WHAT TYPE OF JOBS DO YOU PLAN ON APPLYING FOR?
SSI Supplement 93,365,09; Code, 303-480-1111 Rehab Center
RCW 72.02.040

NOTE: P.O. Boxes are NOT acceptable. It MUST be a physical address listed. Also, if you provide incorrect information that cannot be validated, the parole Board will be notified and a decision will be made based on the information that has been verified.

MR Mauro Director Community Corrections Approved July 2020 - 720-913-8252 - NOT FROM COLORADO

Homeless -

F: STATEMENT

TERRITORIAL CTCF

**Sexual Contact:** A sexual relationship between you and your therapist is never appropriate and is against Colorado state law. Any sexual activity should be reported to DORA in writing utilizing the address listed above. The Department of Corrections should also be notified. You may do this by calling the PREA tip line at 1-877-DOC-TIPS (1-877-362-8477), reporting it to the mental health supervisor or reporting it to the health services administrator at his/her facility.

**Confidentiality:** The information you give to your therapist must be kept confidential by law; however, there are certain situations in which a therapist must share confidential information. Those situations include the following:

- Therapists must report situations where you may cause harm to yourself or others;
- Therapists are required to report knowledge of child abuse and neglect to law enforcement;
- At the Department of Corrections, therapists are required to report threats to the safety and security of the institution and/or the public.
- In order to provide continuity of care services, your behavioral health record may be shared with other health care professionals who provide services to you while you are under the supervision of the Department of Corrections;
- If you file a complaint against a therapist or the Department of Corrections, your health records may be shared with the regulatory agency in response to the complaint;
- If you file a lawsuit against the Department of Corrections regarding your behavioral health treatment, your health record may be shared with the court in response to the lawsuit. WILL DO THIS

**Specialized Treatment:** While incarcerated in the Department of Corrections, you may participate in specialized treatment programs or be placed in special units for behavioral health treatment. Correctional employees may hear limited information concerning your behavior; your treatment needs, and/or your medication These employees have signed an agreement to keep this information confidential.

**Tele-video Behavioral Health Services** : While incarcerated in the Department of Corrections, you may participate in therapy sessions with your therapist utilizing tele-video services. Any behavioral health information you share during these sessions is confidential and the information will be maintained with the same confidentiality as face-to face sessions.

**Parole:** When you are released on parole, the community parole officer may receive information about your behavior, treatment needs, and/or medications. This information will be used to help you schedule follow up care in the community.

Any instance of sexual assault, sexual misconduct, or sexual abuse must be reported using the Prison Rape Elimination Act procedures contained in AR 100-40, *Prison Rape Elimination Procedure*.

Mental health clinicians will obtain informed consent from you before reporting prior sexual victimization that did not occur in an institutional setting, unless you are under the age of 18.

You may seek a second opinion, at your own expense, from a private mental health provider, utilizing AR 700-21, *Private Health Care Providers*. ARE THEY SEX TREATMENT THERAPIST — PRIVATE

Participation in behavioral health programs is voluntary. I understand I have the right to refuse treatment at any time. If I choose to participate in treatment, I understand that I can request additional information on the intensity and duration of treatment.

I have read or have had someone read this information to me. I understand my rights as an offender of the Department of Corrections behavioral health program.

Offender Printed Name: Freddy Slack DOC #124715

Offender Signature: Freddy Slack Date: Dec-26-2023

Staff Witness: Justin Ensign Date: 12/26/23

21 years STARTED 2003 JUST NO GETTING IN TREATMENT DENIED PAROLE 4 YEARS IN A ROW 2023, COULD 2024 WOULD NOT LET GO TO BUT

MR BAILEY THERAPIST SAID NO BLACK MAN IS INNOCENT OF RAPE ON WHITE WOMEN 2022 INTERVIEW

MS FOLZ 2022 AT FREMONT 2 MONTHS [illegible]

2018 - FREMONT MISTAKE SAID NO SHOW FOR SEX CLASS - LIE SAID I REFUSE THEN MOVE ME DOWN LIST BUT

Attachment E

Page 2 of 2



Please Read All Did you Read All First Packet. Please Do.

#2 Packet

I Have Documented Proof From DR Thiel Dr Ms Imm And DR Lisa Tropp For Elevation Pass. 2023 - Territorial And 2022 - Fremont Illegally Requirement For SOTMP Treatment 16-11-7-103 16-11-7-106

COLORADO
Department of Corrections
Office of Clinical & Correctional Services

Division of Clinical Services
1250 Academy Park Loop
Colorado Springs, CO 80910
P. 719-579-9580

DATE: March 11, 2024
TO: Slack, Freddie #124715
RE: SOTMP Status- Administrative Discharge
FROM: Amanda Retting, MA, LPC
Program Administrator
Sex Offender Treatment and Monitoring Program

Mr. Slack,

I sent SOTMP Contract To Her Site got mad.

Thank you for your letter. I have reviewed your concern and wanted to provide an update regarding your situation. It is important to note AR 700-19, the Administrative Regulation for SOTMP. In that AR you will find who is eligible for SOTMP and who is not. We provide an opportunity to all clients who are coded an S5 and wish to participate in SOTMP when they are eligible. Please refer to AR 700-19 A for treatment qualifiers. After an extensive review with the SOTMP management team, the Mental Health Administrator, and Psychiatry it was determined that at this time, you are not able to meaningfully participate in SOTMP. Due to these circumstances, you have been administratively discharged from SOTMP and will be coded an "M." Please note in AR 700-19 A.9. An offender with the "M" code *is in compliance* with the SOTMP recommendations, however, is unable to participate in sex offender treatment due to an existing and verified [mental health condition]. MR Einsinger Did NOT discharge me He is Chief Therapist at Territorial Prison

A file review of your history within the CDOC was completed and reviewed to aid the decision. The conclusion of that file review indicated that you would not benefit from offense-specific treatment. However, the recommendations for possible future placement in SOTMP were offered: To put me on Castration meds And meds To Forgit Law Suit

1. Participate in a full diagnostic mental health evaluation to aid in treatment amenability as well as offer recommendations for the client to meaningfully participate in treatment programming.
2. Demonstrate amenability and participate in psychiatrist-recommended treatment.
3. Consistently display a period of stability.

Lie I Had 1# Point And was moved From Territorial JAN-12-2024

I got April-17-2024 at Ordaway From Lase Mangle mendoza with So Late

I signed SOTMP contract with MR Ensinger - Therapist I have copies. For Proof Dec-26-2023 after 21 years S5 waiting are you kidding now Discharge I Have DR Diaz 2020 ...

STATE OF COLORADO 1876

F. STATEMENT

The SOTMP will reassess you for participation in offense-specific treatment if new information becomes available or you have engaged in the recommendations above.

Thank you,
*Amanda Retting*, MA, LPC
SOMB Full Operating Adult Provider and Clinical Supervisor
CDOC SOTMP

CRUEL And UNUSUAL PUNISHMENT My PAROLE HEARING AUG-2024 Denied 5Th in a Row Ms. Retting is KING KONG Any THing SHe SAYS Gose. MS. Mueller CASE MANAGER IS a WITNESS SHE SAYS THAT SOTMP TREATMENT PROGRAM Dose NOT HAVE TO TAKE meds Like FOR CASTRATION CHEMICALS, CAUSE HEART Attacks, STOP BreaTHing IN Sleep ApNeA See THE TRICKS. MS TAlley will Lie also. SO CAN MS Retting cover up FacTS I WAS IN TREATMENT SOTMP at TERRITORIAL Dec-26-2023 MR Ensinger THERAPIST IS a WITNESS THEN, WHY SAY mental HealTH Reason To Be DISCHARGE. DR MS IMM also SAYS NO meds Needed I HAVE 3 MORE DOCTORS FOR LAW SUIT TO USE FOR PROOF I DONE mental HealTH my Due Process Violation. 21 years NO meds Needed why NOW. See THE TRICKS MS Retting Knows THIS. NO Parole I will Be Denied AGAIN And AGAIN And AGAIN,

F. STATEMENT

2862 South Circle Drive
Colorado Springs, CO 80906
Phone: (719) 226-4524

Unofficial Transcript

Transcript Date:06/03/2016

**Name:** SLACK, FREDDIE
**Student Number:**124715

| Unit Title | Credit Hrs | Grade Points | Letter Grade | Fac Code | Evaluation Date |
|---|---|---|---|---|---|
| APR101 AWR PROG | 0 | 0.00 | N | CS | 03/26/2007 |
| AGM101 ANG MGN | 0 | 0.00 | N | CS | 03/21/2008 |
| CNP101 NW COG PTY | 0 | 0.00 | N | CS | 05/26/2009 |
| AGM101 ANG MGN | 0 | 0.00 | N | CS | 02/05/2010 |
| APR101 AWR PROG | 0 | 0.00 | N | CS | 02/26/2010 |
| FSK101 PR LIF SKL | 0 | 0.00 | N | CS | 10/28/2011 |
| COM262 COMM PEOP | 1 | 0.00 | N | FF | 10/19/2015 |
| MAN102 BUS ETHCS | 1 | 2.00 | C | FF | 11/02/2015 |
| MAN103 MAN BUSIN | 1 | 3.00 | B | FF | 12/02/2015 |
| MAN104 MAN STRESS | 1 | 4.00 | A | FF | 12/09/2015 |
| COM268 PROB SOLV | 1 | 4.00 | A | FF | 01/06/2016 |
| MAN117 TIME MANT | 1 | 3.00 | B | FF | 01/11/2016 |
| MAN125 TEAM BLD | 1 | 2.00 | C | FF | 02/02/2016 |
| COM262 COMM PEOP | 1 | 3.00 | B | FF | 02/03/2016 |
| COM263 CONFT RES | 1 | 3.00 | B | FF | 02/12/2016 |
| MAR158 BA CST SER | 1 | 2.00 | C | FF | 02/29/2016 |
| OSH146 HAZA MAT | 2 | 4.00 | A | FF | 04/14/2016 |
| FMT250 CLNNG CHEM | 1 | 3.00 | B | FF | 04/21/2016 |
| FMT101 CUST TECH | 4 | 2.00 | C | FF | 05/11/2016 |
| FMT111 HOUSEKLPIN | 1 | 3.00 | B | FF | 05/19/2016 |
| FMT150 JOBSURVSKS | 1 | 4.00 | A | FF | 05/24/2016 |
| FMT128 CUTPRN MGT | 1 | 4.00 | A | FF | 06/03/2016 |

Certifications:

| Certificate Award | Issue Date |
|---|---|
| ANGER MANAGEMENT CSP | 02/05/2010 |
| Prison Life Skills CSP | 10/28/2011 |
| Custodial Training CIP Code 190699 | 06/03/2016 |

Ms Oues
Peb
Black

E

F. Statement

Certifies That

**Freddy L. Slack**

*has satisfactorily completed a course of study prescribed for the*

**MS Office Applications**

**Certificate**

*Awarded by the State Board for Community Colleges and Occupational Education*
*Upon the recommendation of the faculty*
*In testimony thereof we have affixed our signatures.*

*Spring 2017*

| | | |
|---|---|---|
| Chair<br>State Board for Community Colleges<br>& Occupational Education | President<br>Pueblo Community College | President<br>Colorado Community College System |

F. STATEMENT - CAN Social Media ①

- Let me out. I was Approve By MR Mauro of Community Correction Chief Denver metro 720-913-8252. DAHlia CoreCivic Approve me 2020, 2019, But my case manager MR Maslar Did NOT put my Community Correction papers in Electronik Twice He Forgot. Major Butcher Told Him This To do I Also put This in my Clemency packet Sept-11-24 To Governor Polis Jared at STATE Capitol Building 200 E. Colfax Ave Rm136 Denver co 80203. But Cm III MR Tenorio Never Gave Clemency packet To Warden Goodrich, But said it was INeligible WITH OUT Warden Looking AT it. MR Daric Harvey WITH MS - DAVIS Talley Denied me Parole 3 Times. MR Harvey would not Let me Come To Parole Hearing 2021. MR. Geng 2022 And 2023 MR STephen Holmes And Geng. Then MS. Catherine Rodriguez 2024 And MR Holmes. Any one can See They will Never Let me get a Fair Parole Hearing. MR Holmes Now Hides in The Back Ground. Because TV is STill Done with out Covid-19 So No one can See what is Being said or How many are Really at The Parole Board Hearing Real Fishy. Then at Parole Board Hearing

over

(1A)

22 years IT TOOK me To under STAND Social media Parole HAS NO ONE To WATCH DOG Them only Social media can do This. Why dose The Courts Have PROSE Social media done at all Times. I would NOT Be Here day a Parole Board Habeas Corpus IF Parole Board was Being WATCH 7 years In a Row are you kidding They CAN Corruptly Keep me From Freedom. I Try Before And it did NOT WORK PROSE Why NOW 15 years LATER a old man I Have To Try OR I will ~~Need~~ Never get a chance of Being Free Why IS THIS. Can Any one See Any Wrong in my PROSE CASES Why do I only ONE See How Bad I did my PROSE OR I Am SURE I would Have WON my Freedom after 22 year Why would I Lie I Have NOTHING TO GAIN.

②

MR Holms and MS Rodriguez said They Never got my Parole Plan. This is a Lie. my case manager MS Monett said she sent it E-mail E-mail is ~~Hard~~ Hard copy. also MS L. Rodriguez at Parole Release at Crowley said she sent it E-mail. But when she check it Half of it was missing. None of my College papers Finish are in IT. she said To subpeona Her To court For Proof. Also MR Haery and MS Talley Davis ~~[illegible]~~ Left Parole Board or was made To leave. What is it I ask and 2024 Tape will show They MS Rodriguez would NOT Answer on all my Parole Board Hearing I made ~~[illegible]~~ sure I said I have Negative DNA Test and Negative sex Kit # 241447 DNA Test Sept-24-2003 # D03-1797 - MR CHRIS - LOBANON - ROSTOVSKY Somb chief will Come To Court IF subpeona About This Proof He is From 700 Kipling

Over

E. STATEMENT (3)

I will send copies of Negative DNA Test #D03-1797 Sept-24-2003 and sex Kit #241447 also copy of my Parole Plan For 2024 and 2023. Mr Crawford #23976 And Mr Ross would not Turn my Parole Plan in 2022. Now I see why NOT. To make sure Public Risk Homeless is put on Every Parole Hearing Print out. But any one can see on my #23349 2024 I Have Hope Home 719-210-4997 and Capri motel 719-465-7550 DOC Phone Records at Crowley will prove That my case manager Ms. Monett call Them and I Talk To Them both. So you see some one is lying. also on Tape Recording I show This To The TV screen Recording. also That I sign SOTMP Contract For sex Class with Therapist Mr. Ensinger on Dec-26-2023 at Territorial Prison To Be in Class also DR Imm I did Appointment kite To Prove it mental Health. also DR Theile Appointment kite To Prove it. And DR Toepp 2022 at Fremont all requirements ment. But all of a sudden on JAN-12-2024 I was Force move By

F. STATEMENT

F. Statement

(4)

Team at 430Am. I only Had 1 point NO Write up. NO Reason. Captain Turner and Blame on The Warden, LT Capp Just made me move call it Lateral Transfer. DOC of Colorado Dose Not Have To Have Reason. For Abuse of Power. Involuntary Commitment To any where They want saying Head Quarter. MS. Retting and MS ORTIZ And Chief Stancil Approve It. These are The Same People in a Class Action Law Suit About SOTMP Abuse of Power Not Leting inmate in. out. It Took me 20 years To get in. all my Parole Denied Deferr Because I was Not in Sex Class SOTMP 2085 Senate Bill. But Like Before 2022 I was move From Fremont Prison. other Inmate get a write up in upper 6 SOTMP And Do Not Have To move. They go Right Back To upper 6. But Again my move was a Lateral move No Reason By Head Quarter, 2018 I was a No Show For Sex Class. Lie I was a S5 compliance Fremont said

F. STATEMENT GRL LIST ⑤

Made a mistake and move me Back To LSA The Bottom. See The Tricks. I Had To Be at The Top To Have a NO Show. So when I Show Parole Board 2024 #23349 MS Rodriguez my Letter From Head Quarter MS Retting who is No Good. She Discharge me as 4 M. When I Try To get Her Help. Saying my Due Process was Violated. when I was move out of SOTMP. I sent Her a Copy of my SOTMP contract sign with Therapist MR Ensinger For Proof. and all of This made Her Mad. MR. Ensinger Let me Head Quarter. In with Negative Sex Kit # 241447 and Negative DNA Test Sept-24-2003 — I Show it To Him, Parole Board MR #D0-3 1797. Holmes get Real Mad at That. So He put I Need Anger management class. But I Did This class 2010. But He said He did not get This Proof in my Parole Plan. I sent it in 2023 also I Have This PAROLE Plan — #23349 2024

(My CASE MANAGER MS MUNEtt did NOT SHOW AT Parole)

F. STATEment

And They STILL SAId I was Homless And Public RISK. So why did I do a Parole Plan, in 2020 my No Good DRDC DRDC case manage Told me To Put Cop Bed. Homless. So MR Holmes HAS Been ABuseing THIS STATEment when IT is clearly NOT True in Hard copy Black and white. They could Do THIS FOR 20 more years To me with NO one To WATCH over Them. And Now says I HAve See The TRicks. No Body Did NOTHing To To Take SOTMP. and parole Board Play Put me Back in. Dumb when They Know my Due PRocess WAS Violated. Just one BIG CONSPIRACY. How CAN THIS go ON and ON.

Vindictiveness Exists - Grievance SOTMP US V. Goodwin 457 US 368, 73 LEd 2d 74, 102 S CT. 2385 (1982) US V. NICHOLS 937 F2d 1257 (7TH CIR 1991) Vindictiveness ESTABLISH 42 USC § 1983

TRANSFER ONLY Need INTENT TO Impede

F. STATEMENT ① 

access To The Courts. 1983. Madewell v. Roberts 909 F2d 1203 (8TH Cir 1990) For SOTMP 2024. Montayne v. Haymes 427 US 236, 49. LEd 2d 466 96 S CT. 2543 (1976) Transfer on my COPD Date of Hearing 2022 Dose Not Have To Prove By Clear motives Crawford-El v. Britton 523 US 574 140 LEd 759, 118 S CT 1584 (1998) Vitek v. Jones 445 US 480, 63, LEd 2d 552, 100, S CT. 1254 (1980) Washington v. Harper 494 US 210, 108 LEd 2d 178, 110 S CT 1028 (1990) SOTMP. To Shock The Due process violation. Abuse of Power Cale Conscience standard. Enumerated Constitutual Rights. Mount Health v. Doyle 429 US 274 (1977) I Am 62 years old NO Need To Find violation For Retaliation The violation Lies in INTENT To Impede access To Court SOTMP 2024 Terratorial Fremont Prison move me 2022. Montayne v. Haymes 427 US 236 49 Led 2d 466 96 S CT. 2543 (1976)

OVER

F. STATEMENT (7B)

ON TRANSCRIPTS my ACCUSER ANN Becca SAYS "DA office is making Her do THIS" THIS speedy TRIAL violation US V. COX 985 F 2d 427 (8TH CIR 1993) US V. MARION 404 US 307, 92, S CT 455, 30 LEd 468 (1971) But DA will NOT Let me Get a Copy of all TRANSCRIPTS 2004 TRIAL 2003 PRELIMINARY TRIAL my accuser said "can SHE Plea THE 5TH DA office paid HER To come." Will you get my TRANSCRIPTS. And my Denied 2011 35C. So I can Appeal it. Boulder COURTS are Very CORRUPT, WHY WAS my HABEAS CORPUS Dismiss WHEN I could NOT Get my TRANSCRIPTS TO PROVE IT all. How could US DISTRICT COURT DO THAT TO me. 2009. And I Am STILL in PRISON. See THE TRICKS. GeT all my TRANSCRIPTS. ROA HAS IT all Boulder DA dose NOT LIST 2003 at All. WHY you THINK THAT'S. CASE DISMISS

NO F STATEMENT ⑧ ⑧ ⑧

REQUIRMENTS THAT I MUST PROVE CLEAR CUT EVIDENCE PRISON OFFICIALS MOTIVES WERE IMPROPER. DENIED PAROLE.

GREENHOLZ V. NEBRASK PENAL INMATE 442 US 160 L ED 2d 668, 99 S CT 2100 (1979)

INJUNCTIVE RELIEF - AGAINST PAROLE AND CORRECTIONAL OFFICALS. HILL V. SCIARROTTA 140 F 3d 210 (2nd CIR 1998) USE TO DEFERR ME 2024. CEACEROS V. US PAROLE COMMUNITY 837 F2d 1358 (1988) USE TO DEFERR ME 1½ YEARS 2024. PROOF PAROLE TAPE. GLUMB V. HONSTED 891 F2d 872 (11TH CIR 1990) #23349 2024

NO EXHAUSTATION FOR PAROLE DENIED.

CLARK V. THOMPSON - 960 F 2d 663 (7TH CIR 1992)

NO EXHAUSTION RULE OF RELEASE.

NO EXHAUSTED NEEDED FOR MONEY.

HERRERA V. HARKINS 949 F2d (10TH CIR 1991)

INJUNCTIVE OR DECLARATORY RELIEF.

VINDICTIVE IS UNDER RETALIATION. CHIEF OF PAROLE BOARD MR JR HALL THINK HE HAS GOTTEN AWAY. HE IS THE ONE THAT STARTED ALL OF THIS.

OVER

F. STATEMENT ⑨

I WAS Approve FOR Community CORRECTION 2020-2019 By mR mauRo Like I SAId CAn I STILL Do a HABEAS CORPUS Release Law SuiTe afTER 5 years HAS gone By. The PROOF IS IN computer Doc. They Try To get Rid of The main parts That Say my CORRECTION community Form WAS NO PUT In Electronically BuT I HAVE Hard copy PRINTOUT NOW 2024 IT SAY I WAS Denied Becau of 2085 SENATE Bill. See The Tricks. Senate did NOT Come OuT UnTil July-AUG. 2020 BUT I WAS Approve MARCH And June Metro Denver community CORECTIONS. can I do A HABeas CORPUS If I can would you Answer me. Tell The TRUTH Please. WHAT IS LimiTATION FOR THIS CASE.